JAMES A. McDEVITT
United States Attorney
for the Eastern District of Washington
ROBERT A. ELLIS
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, Washington 98901-2760
(509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

CHARLES ALAN WILSON,

    Defendant.

NO: MJ-10-4061-1

**MOTION FOR DETENTION**

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because the case involves (check one or more):

    \_\_\_ Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 109A, 110 and 117),

    \_\_\_ Maximum penalty of life imprisonment or death,

    \_\_\_ Drug offense with maximum penalty of 10 years or more,

    \_\_\_ Felony, with two prior convictions in above categories,

    \_\_\_ Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. Section 2250,

    \_X\_ Serious risk Defendant will flee, or

- 1
Motion for Detention

1      ____ Serious risk obstruction of justice.

2. **Reason For Detention**. The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure (check one or both):

   _X_ Defendant's appearance as required, or

   _X_ Safety of any other person and the community.

3. **Rebuttable Presumption**. The United States will (will or will not) invoke the rebuttable presumption against Defendant under Section 3142(e). The presumption applies because there is probable cause to believe Defendant committed: If no, check nothing, if yes check all that apply

   ____ Drug offense with maximum penalty of 10 years or more,

   ____ 18 U.S.C. § 924(c) firearms offense, or

   ____ Kidnaping, sexual crimes, or child pornography offenses.

4. **Time For Detention Hearing**. The United States requests the Court conduct the detention hearing:

   ____ At the first appearance, or

   _X_ After a continuance of three days.

5. **Other Matters**.

    _____

    _____

DATED this 6th day of April, 2010.

                            JAMES A. McDEVITT
                            United States Attorney

                            s/Robert A. Ellis

                            ROBERT A. ELLIS
                            Assistant United States Attorney