## United States District Court, Eastern District of Washington

### Magistrate Judge James P. Hutton

| USA v. | Case No. | MJ-10-4061-1 |
|---|---|---|

**CHARLES ALAN WILSON**

**Rule 5 Initial Appearance on Felony Complaint:**                                  04/06/2010

| | | | | |
|---|---|---|---|---|
| [X] | Alma Gonzalez, Courtroom Deputy [Y] | | [X] | Robert A. Ellis, USAtty |
| [ ] | Linda Stejskal, Courtroom Deputy [S] | | [X] | Rick Lee Hoffman, Defense Atty |
| [X] | Defendant Present | | [X] | Interpreter NOT REQUIRED |

| | | | | |
|---|---|---|---|---|
| [X] | USA Motion for Detention | | [X] | Rights Given |
| [ ] | USA Not Seeking Detention | | [X] | Acknowledgment of Rights |
| [X] | Financial Affidavit (CJA 23) | | [X] | Copy of Charging Document(s) Received |
| [X] | The Court will appoint the Federal Defenders. | | [X] | Waived Reading of Charging Document(s) |
| [ ] | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney. | | [ ] | Charging Document(s) read in open Court |
| [ ] | Conditions of Release Imposed | | [X] | PRE-trial Services Report Ordered |
| [ ] | 199C Advice of Penalties/Sanctions | | [X] | Waiver of Rule 5 Hearings |
| [ ] | Ordered Released on Personal Recognizance; 199C Not Required | | [ ] | Court Ordered Removal to Charging District |

## Remarks

Defendant appeared and was assisted by counsel and was advised of their rights and the allegations contained in the charging document(s).

The Defendant acknowledged to the Court that their true and correct name is: *Charles Alan Wilson*.

**The Court ordered:**

1.   Defendant shall be detained by the U.S. Marshal until further order of the Court.

| | |
|---|---|
| **Identity Hrg:** | *Waived by Defendant* |
| **Bail Hrg:** | **Friday, April 9, 2010 @ 9:00 a.m. [Y/JPH]** |
| **Probable Cause Hrg:** | *Waived by Defendant* |
| *Note:* | |
| *Appearance Date in Charging District (Subject to Bail Hearing/Release):* | *TentApp @ WDWA @ Seattle: Wednesday, April 21, 2010 @ 2:30 p.m., Before Magistrate Judge Brian A. Tsuchida @ U.S. Courthouse, 700 Stewart Street, 12th Floor, Courtroom B, Seattle, WA 98101 Clerk's #(206) 370-8400* |

**FTR/Y-102**            **Time: 3:00 p.m. - 3:09 p.m.**