```
                                              FILED IN THE
                                           U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF WASHINGTON

                                              APR 06 2010
1              UNITED STATES DISTRICT COURT
                                           JAMES R LARSEN, CLERK
2              EASTERN DISTRICT OF WASHINGTON        DEPUTY
                                              YAKIMA, WASHINGTON
```

3
UNITED STATES OF AMERICA,        )
4                                )
                   Plaintiff,    )   ACKNOWLEDGMENT OF NOTICE
5                                )         OF RIGHTS
     v.                          )
6                                )   Magistrate Docket No.
CHARLES ALAN WILSON              )       MJ-10-4061-1
7                                )
                   Defendant.    )
8   _____)

9       The undersigned defendant does hereby acknowledge: I have
10  appeared before the United States Magistrate this date and have
11  been advised as follows:
12      1)  Of the charge or charges placed against me, and I
    acknowledge receipt of a copy of the Complaint, which specifically
13  sets forth the allegations;
14      2)  That I have been advised of the maximum penalty provided
    by law;
15
        3)  My right to remain silent at all times and if I make a
16  statement it can be used against me;
17      4)  My right to retain my own counsel, and if I am without
    funds, to have counsel appointed to represent me in this matter;
18
        5)  My right to have a preliminary hearing before a United
19  States Magistrate and to have counsel present at that hearing, or
    if I wish I can waive this hearing in writing;
20
        6)  My right to a jury trial before a Federal District Court
21  Judge in the district in which the offense is charged and to be
    confronted by the government's witnesses, and I am entitled to have
22  witnesses attend on my behalf;

23      7)  My right to state in writing a wish to plead guilty or
    nolo contendere, to waive trial in the district in which the
24  complaint is pending, and to consent to disposition of this case in
    this district, <u>subject to</u> the approval of the United States
25  attorney for the charging district and this district;

26

ACKNOWLEDGEMENT
Rule 40

8) My right to a hearing on the warrant for removal to ascertain that I am the person named in the complaint, or if I wish I can waive this hearing in writing;

9) That if the United States moves for a detention hearing, it must be held within three days and that I have the right to be represented by counsel at such hearing.

Dated this  6th  day of  April , 2010.

x *Charles A. Wilson*
Defendant

ACKNOWLEDGEMENT
Rule 40