FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 06 2010

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,   )
                            )   Magistrate Judge
            Plaintiff,      )   No. MJ-10-4061-1
                            )
    Vs.                     )   WAIVER OF RULE 5 HEARINGS
                            )
CHARLES ALAN WILSON,        )
                            )
            Defendant.      )
_____)

The undersigned defendant does hereby acknowledge: I appeared on this date in the Eastern District of Washington, was advised of the charge(s) pending against me in the prosecuting district, and was informed of my rights to:

(1) remain silent, knowing that if I make a statement, it can be used against me; (2) retain counsel or have counsel appointed for me; (3) an identity hearing to determine if I am the person sought by the prosecuting district; and (4) plead guilty to the charge in this district, if I and the United States Attorneys in this district and in the requesting district agree.

If this matter is proceeding by **COMPLAINT:**

**I WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing in this district
( ) preliminary examination in this district
( ) bail hearing in this district

If this matter is proceeding by **INDICTMENT:**

**I WAIVE (GIVE UP) MY RIGHT TO A(N)**

( ) identity hearing in this district
( ) bail hearing in this district

If this matter is proceeding by **PETITION:**

WAIVER OF RULE 5 HEARINGS

1

**I WAIVE (GIVE UP) MY RIGHT TO A(N)**

( ) identity hearing in this district
( ) probable cause hearing in this district
( ) bail hearing in this district

If this matter is proceeding by **WARRANT**:

**I WAIVE (GIVE UP) MY RIGHT TO A(N)**

( ) identity hearing in this district
( ) bail Hearing in this district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

As to those hearings which are waived in this district, other than the identity hearing, I **RESERVE** the right to have those hearings in the prosecuting district.

x *Charles A. Wilson*
Defendant

4/6/10
Date

*[signature]*
Defense Counsel

Interpreted by (if applicable):

_____

(Sign and Print Name)

WAIVER OF RULE 5 HEARINGS

2