UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. MJ-10-4061-1 |
| Plaintiff, | ) | **FED. R. CRIM. P. 5** |
| v. | ) | ORDER SETTING HEARING |
| | ) | ☐    Identity |
| CHARLES ALAN WILSON, | ) | ☐    Probable Cause |
| Defendant. | ) | ☑    Bail |

Date of hearing:     April 6, 2010

☑ Complaint      ☐ Indictment      ☐ Superseding Indictment

☐ Information

☐ Petition for action: Pretrial

☐ Petition for action: Post-trial, post-guilty plea, pre-sentencing

☐ Petition for action: Post-conviction

Defendant was advised of, and acknowledged, Defendant's rights.

☑ Defendant, individually and through counsel, waived the right to an identity hearing, pursuant to Rule 5.  Defendant's waiver is accepted as knowing and voluntary.

☑ Defendant, individually and through counsel, waived the right to a probable cause hearing.  Defendant's waiver is accepted as knowing and voluntary.

☑ Bail hearing set:

    **Friday, April 9, 2010**             **9:00 a.m.**
        (Date)                                  (Time)

    ☐ Judge Imbrogno/Spokane      ☑ Judge Hutton/Yakima

    ☑ Pending the hearing, Defendant shall be detained in the custody of the United States Marshal and produced for the hearing or until further order of the court.

ORDER SETTING HEARING - 1

1 | ☑ The U.S. Probation Office personnel shall prepare a Pretrial Services Report prior to the bail hearing, and shall notify defense
2 | counsel prior to interviewing Defendant.
3
4 | **IT IS SO ORDERED.**
5 |         DATED April 6, 2010.
6 |                             s/ James P. Hutton
  |                             JAMES P. HUTTON
7 |                     UNITED STATES MAGISTRATE JUDGE

ORDER SETTING HEARING - 2